# United States District Court
# District of New Hampshire

DISTRICT OF NH
FILED
2017 JUL -5 P 2:39

Joshua Fields
V.
United States of America

Civil No. 15-CV-417-LM

## Motion: Contempt of Court Order

On 11/17/2016 Judge Landya B. McCafferty of the U.S. District Court in NEW HAMPSHIRE issued an order that my original PSR to be Destory (SEE Exhibit 1 Judges order) And the Groping/sexual Assualt Be Removed from my PSR and no longer used in any evaluation of me because There was Never any evidence provided to support that claim. And it clearly states in the court record that No such conduct ever occurred.

THE F.B.O.P being aware of the Judges order allowed the False and maliciously incorrect original PSR To be used and allowed me to be incorrectly characterized as a sex offender/sexual predator. This defamation of my character, Mental and emotional Anguish has led to my experiencing, Attempts on my life, Transfers, seclusion, Threats, Extorshion, hardships, and my rehabilitation for my mental Heath/Drug addiction. This has also caused me to suffer undue stress, fear, depression, panic attacks, anxiety. A type of punishment that by far exceeds the treatment I would have received not only if the FBOP listin to the probation officer Buckley when the recess was taken so when Buckley called the FBOP and try to have it taken care of But the response

From the FBOP was not exceptable to the court so the order was made. and the FBOP are still not following court order. SEE following attachments to this motion.

Exhibit 1 court order.
Exhibit 2. Sentence Monitoring computation Data As of 06-15-2017. shows 924(E)(1) charge is still being used in my classification this proves that original PSR is still being used. and also shows the 34 months serve was never given or any of my Good time. SEE NEW PSR states 34 months.
Exhibit 3 Email-inmatemessage FROM FBOP Mail Room / Records
Exhibit 4 Freedom of information / Privacy act shows I'm still a sex offender.
Exhibit 5. Inmate profile 4/05/2017 also shows sex offender.

So I'm please asking this court to up hold the law and grant me a court date. to accused party (FBOP) as seth R. Aframe (Proscuter) stated at the 11-17-2017 Hearing that if the order was not followed I could come back this order is not being follow and FBOP is in clear violation so I Joshua Fields is asking to come back to court and be herd thank you for your time and consideration.

Joshua Fields