```
 THP43    540*23  *        SENTENCE MONITORING           *   06-15-2017    Ex 2
 PAGE 001         *        COMPUTATION DATA              *   12:36:22
                           AS OF 06-15-2017

 REGNO..: 13635-049 NAME: FIELDS, JOSHUA


 FBI NO...........: 893742LB5           DATE OF BIRTH: 08-24-1982  AGE:  34
 ARS1.............: THP/A-DES
 UNIT.............: D/E                 QUARTERS.....: D02-111L
 DETAINERS........: YES                 NOTIFICATIONS: NO

 HOME DETENTION ELIGIBILITY DATE: 01-05-2023

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  07-05-2023 VIA GCT REL


 ---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

 COURT OF JURISDICTION...........: NEW HAMPSHIRE
 DOCKET NUMBER...................: 14-CR-74-01-LM
 JUDGE...........................: MCCAFFERTY
 DATE SENTENCED/PROBATION IMPOSED: 10-14-2014
 DATE COMMITTED..................: 11-13-2014
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                   FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
 NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

 RESTITUTION...: PROPERTY:  NO    SERVICES:  NO        AMOUNT:   $00.00

 ------------------------CURRENT OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  137
 OFF/CHG: 18:922(G)(1) AND 924(E)(1) POSSESSION OF A FIREARM BY A
          CONVICTED FELON

    SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:    15 YEARS
    TERM OF SUPERVISION.............:     3 YEARS
    NEW SENTENCE IMPOSED............:   120 MONTHS
    BASIS FOR CHANGE................: ARMED CAREER CRIMINAL ACT
    DATE OF OFFENSE.................: 11-21-2013
```

BP-8

 G0002          MORE PAGES TO FOLLOW . . .

```
 THP43    540*23  *      SENTENCE MONITORING          *   06-15-2017
 PAGE 002         *      COMPUTATION DATA             *   12:36:22
                         AS OF 06-15-2017

REGNO..: 13635-049 NAME: FIELDS, JOSHUA


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-08-2016 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-08-2016 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-14-2014
TOTAL TERM IN EFFECT............:  120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS
EARLIEST DATE OF OFFENSE........: 11-21-2013

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    07-16-2014     10-13-2014

TOTAL PRIOR CREDIT TIME.........: 90
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 376
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 07-05-2023
EXPIRATION FULL TERM DATE.......: 07-15-2024
TIME SERVED.....................:     2 YEARS     11 MONTHS     ← wrong
PERCENTAGE OF FULL TERM SERVED..: 29.1

PROJECTED SATISFACTION DATE.....: 07-05-2023
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 10-21-14 COMP ENTERED, CS TO STATE, PAROLED 7-15-14 KPH/D.
                10-05-16:DIS GCT D/SIG. 12-08-16: REC'D AJC REDUCING SENTENCE
                15YR TO 120M, COMP UPDATED. SWC/D
```

*vacated on 8/29/16 SEE Notice of Electronic Filing.*

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
 THP43   540*23 *        SENTENCE MONITORING         *     06-15-2017
PAGE 003 OF 003 *         COMPUTATION DATA           *     12:36:22
                          AS OF 06-15-2017

REGNO..: 13635-049 NAME: FIELDS, JOSHUA


----------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 06-26-2015
JURISDICTION.: STATE OF FLORIDA
AUTHORITY....: PINELLAS COUNTY SHERIFF'S OFFICE
CHARGES......: WARRANT #0411655, VIOLATION OF PROBATION-SCHEME TO DEFRAUD




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```