

Ex(3)

**TRULINCS  13635049 - FIELDS, JOSHUA - Unit: CLP-L-A**

---

FROM: Mail Room/Records/R&D
TO: 13635049
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/13/2017 02:47:02 PM

Inmate Fields,
Your original judgment was amended and therefore not vacated. Also the amended judgment had an attached order which indicated you were resentenced. All of your time you served was considered in your current computation and good time credit given accordingly.

>>> ~^!"FIELDS, ~^!JOSHUA" <13635049@inmatemessage.com> 3/13/2017 3:08 PM >>>
To: head of records
Inmate Work Assignment: none/a&o

i have sent a couple of requests to records, as well as mrs.chavazes who also forward my request to records to have this fix but i have gotten no responses. (About the following ): i need all my good time for my time that i served under my vacated sentence that was on(8/29/2016) 34 months i served and i got no goodtime credit . also the 34 months time that i served  needs to come off the top of my new sentence of 120 months that i got on (11/17/2016) do to the fact that it was vacated on (8/29/2016) the sentence was not reduce but in fact it was vacated on (8/29/2016) so there for my release date needs to be change to a earlier date .and on a 120 month sentence  you get year and a half of good time if you look at my release date my max is 07/15/2024 and my projected date is 07/05/2023? that is only a year . so its like  331 days of goodtime that is owed and the time that i served under the vacated sentence that was vacated on 8/29/2016  needs to come off the(TOP) of my new sentence that was on (11/17/2016). not the bottom do to the fact that is was (VACATED) so a total of 331 days of goodtime and the 34 months that i served needs to come off the top of my new sentence .. if the sentence was never vacated then the sentence would just continue to run but is was vacated on (08/29/2016) look at the new psr it shows 34 moths time that i served under the vacated sentence .. please responded  thank you for your time