

U.S. Department of Justice
Federal Correctional Institution
SER FOIA Processing Office
P.O. Box 723
Edgefield, South Carolina 29824

Freedom of Information/Privacy Act

May 15, 2017

Joshua Fields
Reg. No. 13635-049
United States Penitentiary II
P.O. Box 1034
Coleman, FL 33521

FOIA Request Number: 2017-03722

Dear Joshua Fields:

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you requested a copy of the following: 1) Inmate profile form showing Walsh Act status; 2) All entries of removal of Walsh Act which shows w/conviction or w/no conviction throughout all BOP computer systems; 3) All SIS investigations about you at USP Coleman I from 2015 to 2016; and 4) All Grand Prairie entries of any kind for the status of you being a sex offender.

In response to your request, staff located 7 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 0 pages are appropriate for release in full; 7 pages are appropriate for release in part; and, 0 pages must be withheld in their entirety. Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted under the following exemptions:

5 U.S.C. § 552(b)(7)(C) concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

5 U.S.C. § 552(b)(7)(E) concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions.

5 U.S.C. § 552(b)(7)(F) concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.