Ex 5

```
CLPAV 535.03 *            INMATE PROFILE              *   04-05-2017
PAGE 001 OF 001                                           12:47:24
             13635-049              REG                              ─ Sex off
REGNO: 13635-049             FUNCTION: PRT  DOB/AGE.: 08-24-1982 / 34  ✓
NAME.: FIELDS, JOSHUA                       R/S/ETH.: W/M/O       [(b)(7)(F)]
RSP..: CLP-COLEMAN II USP                   MILEAGE.: 1161 MILES
PHONE: 352-689-7000      FAX: 352-689-7012
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE  FBI NO..: 893742LB5
 PROJ REL DATE..: 07-05-2023                 INS NO..: N/A
 PAR ELIG DATE..: N/A                        SSN.....: 003825147
 PAR HEAR DATE..:              PSYCH: NO     DETAINER: YES    [(b)(7)(E)]
OFFN/CHG RMKS: 14-CR-74-01-LM:POSS OF A F/ARM BY A CONV FELON. 15 YRS + 5 YRS
OFFN/CHG RMKS: SRT/11-17-16 SENT RED TO 10 YRS + 3 YRS SRT.
  FACL CATEGORY     - - - - -  CURRENT ASSIGNMENT - - - - -  EFF DATE    TIME
  CLP  ADM-REL      A-DES      DESIGNATED, AT ASSIGNED FACIL  02-01-2017 1809
  CLP  CARE LEVEL   CARE2      STABLE, CHRONIC CARE           11-05-2014 1720
  CLP  CARE LEVEL   CARE2-MH   CARE2-MENTAL HEALTH            11-24-2014 0921
  CLP  COR COUNSL   L-1        S. BRIN HENRIQUEZ X7215        02-01-2017 2011
  CLP  CASE MGT     BIR CERT N BIRTH CERTIFICATE - NO         02-28-2017 1051
  CLP  CASE MGT     DEPEND Y   DEPENDENTS UNDER 21 - YES      02-28-2017 1051
  CLP  CASE MGT     PHOTO ID N PHOTO ID - NO                  02-28-2017 1051
  CLP  CASE MGT     RPP NEEDS  RELEASE PREP PGM NEEDS         01-06-2015 0732
  CLP                          [(b)(7)(F)]
  CLP  CASE MGT     V94 CVA913 V94 CURR VIOL ON/AFTER 91394   01-06-2015 0743
  CLP                          [(b)(7)(F)]
  CLP  CASEWORKER   L-1        U. VELAZQUEZ   EXT.7226        02-01-2017 2011
  CLP  CUSTODY      IN         IN CUSTODY                     10-22-2014 0941
  CLP  DRUG PGMS    DAP UNQUAL RESIDENT DRUG TRMT UNQUALIFIED 08-19-2016 0808
  CLP  DRUG PGMS    ED DECL R  DRUG EDUCATION DECLINE-REQD    03-02-2016 1555
  CLP  DESIG/SENT   DELTA      TEAM DELTA                     10-22-2014 0944
  CLP  DESIG/SENT   FNH PART   FNH-PARTIAL COMPLY W/JUD REC   10-23-2014 1047
  CLP  EDUC INFO    ESL HAS    ENGLISH PROFICIENT             11-14-2014 1833
  CLP  EDUC INFO    GED EN     ENROLL GED NON-PROMOTABLE      11-14-2014 1833
  CLP  FIN RESP     PART       FINANC RESP-PARTICIPATES       05-07-2015 1040
  CLP  LEVEL        HIGH       SECURITY CLASSIFICATION HIGH   10-22-2014 0949
  CLP  MED DY ST    NO PAPER   NO PAPER MEDICAL RECORD        11-13-2014 1335
  CLP  MED DY ST    REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 12-23-2016 0905
  CLP  MED DY ST    YES F/S    CLEARED FOR FOOD SERVICE       12-23-2016 0905
  CLP  PGM REVIEW   AUG        AUGUST PROGRAM REVIEW          08-26-2017 1459
  CLP                          [(b)(7)(F)]  ← Sex off
  CLP
  CLP
  CLP
  CLP  QUARTERS     Z04-205LAD HOUSE Z/RANGE 04/BED 205L AD   03-25-2017 0811
  CLP  RELIGION     PROTESTANT PROTESTANT                     01-06-2015 0735
  CLP                          [(b)(7)(E)]
  CLP
  CLP  UNIT         L-1        M. PINEIRO EXT 7221            02-01-2017 2011
  CLP                          [(b)(7)(E)]
  CLP  WRK DETAIL   AM DINING  AM DINING                      03-20-2017 0001


G0000       TRANSACTION SUCCESSFULLY COMPLETED
```