U.S. DISTRICT COURT
DISTRICT OF NH

2019 OCT 11  AM 10:14

FILED

Dear Judge McCafferty                                  10-8-19
my name is Joshua Fields, Docket No. 14-CR-74-01-LM on 12/1/16 you made a court order. Because of the wording on my original P.S.I. which the BoP labled me as a sex offender. on the day you made the court order you told me you Felt like a Angelitic mother over me, you having to make that court order. I'm sorry about my hand writting my left hand is broken. my left Eye is swollen shut with 6 stichs on 10/2/19 my cell mate Devon Miller punch me between my left temple and Eye where I was knock out I came to with him kicking me in my head/ear I put my left hand up to block him from kicking me and durning that he broke my left hand. I'm in a cast from my hand to my elbow. when I was coming to he was calling me a "chomo" which is slang for sex offender. The BoP is going to get me killed. They been sending me to Active gang yards. They did the same thing to James Whitey Bulger. He lasted 18 hours then they stab him, cut off his toung and took his Eyes out for being a Rat. I was attacked in the S.H.U. luckey Inmates don't have knifes in the shu because if they did I would not be writing you this letter. whats going to happen when they do have a knife?
 So I'm please asking for your help to interview and make a court order ordering the BoP to

house me at Berlin FCI, or Fort Devens, Im really wanting that as a last option. I would as my Family would want me to be housed at Dover county Jail. So Im please begging you my Honerable Judge As that Angelitic mother To IntervEn with court orders thats the only way the Bop will listin. I have inclosed all the programs I have done. Im not being a bad inmate, Im doing everything I can to be a better person/citizen, upon my release. But Im terrifide I will be killed Before my release date. Im still in seclousion stuck in the shu's. so please help me. Thank you for your time and service as well as your consideration

Joshua Fields
13635049
Big sandy usp

```
BSYDA            *        INMATE EDUCATION DATA       *      10-03-2019
PAGE 001         *             TRANSCRIPT             *      12:38:29

REGISTER NO: 13635-049    NAME..: FIELDS                     FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: BSY-BIG SANDY USP

---------------------------  EDUCATION INFORMATION  ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
BSY  ESL HAS    ENGLISH PROFICIENT          11-14-2014 1833 CURRENT
BSY  GED EN     ENROLL GED NON-PROMOTABLE   11-14-2014 1833 CURRENT

---------------------------    EDUCATION COURSES    ---------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
ATW RHU    R6-GED M-F 1030-1200 UNIT 1A 03-29-2019 05-15-2019  P   W  I   60
ATW RHU    R6-IP-CRIMINAL THINKING      02-07-2019 04-11-2019  P   C  P   25
ATW RHU    R6-IP-BASIC COGNITIVE SKILLS 02-07-2019 04-11-2019  P   C  P   20
ATW RHU    R1-HEALTHY LIFESTYLE 1 RHU   01-07-2019 03-25-2019  P   C  P   12
ATW RHU    R1-BEGINNING WELLNESS RHU    01-07-2019 03-25-2019  P   C  P   12
ATW RHU    R2-COMM DRIVERS LICENSE THEORY 02-01-2019 03-18-2019 P  C  P   16
ATW RHU    R3-IP-MONEY SMART:FIN EDC PGRM 02-01-2019 03-18-2019 P  C  P   16
ATW RHU    R6-IP-INSIDEOUT DAD          02-01-2019 03-18-2019  P   C  P   12
ATW RHU    R6-EXPERIENCE HUBBLE TELESCOPE 01-04-2019 03-18-2019 P  C  P    7
ATW RHU    R6-TGC MEDICAL MYTHS         01-04-2019 03-18-2019  P   C  P   12
ATW RHU    R6-TGC PSYCHOLOGY            01-04-2019 03-18-2019  P   C  P   12
ATW RHU    R6-TGC JOY OF SCIENCE        01-04-2019 03-18-2019  P   C  P   12
ATW RHU    R6-ESSESNTIAL SECRETS SPICES 01-04-2019 03-18-2019  P   C  P    6
ATW RHU    R3-CONSUMER MATH, WORK W/FOOD 01-15-2019 02-05-2019 P   C  P   12
ATW RHU    R6-CONSUMER MATH, TRAVELING  01-15-2019 02-05-2019  P   C  P   13
ATW RHU    R3-CONSUMER MATH PAYING TAXES 01-15-2019 02-05-2019 P   C  P   10
ATW RHU    R3-CONSUMER MATH, HOUSEHOLD  01-15-2019 02-05-2019  P   C  P   12
ATW RHU    R3-CONSUMER MATH,EARNING MONEY 01-15-2019 02-05-2019 P  C  P   14
ATW RHU    R2-CONSUMER MATH, CAREER PREP 01-15-2019 02-05-2019 P   C  P    9
ATW RHU    R3-CONSUMER MATH, BUYING CAR 01-15-2019 02-05-2019  P   C  P   16
ATW RHU    R3-CONSUMER MATH, BUDGETING  01-15-2019 02-05-2019  P   C  P    7
ATW RHU    R3-CONSUMER MATH, BANKING    01-15-2019 02-05-2019  P   C  P    2
ATW RHU    R1-STRESS REDUCTION/RELAXATION 01-15-2019 02-05-2019 P  C  P    9
ATW RHU    R6-BE YOUR BEST SHU          01-15-2019 02-05-2019  P   C  P    7
TCP        USP INTERVAL TRAINING        03-23-2018 05-04-2018  P   C  P    2
COP        I UNIT GED CLASS #2          12-08-2015 01-04-2016  P   W  I  106
COP        GED CLASS IN COEX UNIT       09-09-2015 12-08-2015  C   W  I    0
COP        EDUCATION SHU FINANCE CLASS  07-23-2015 07-30-2015  P   C  P    4
COP        RELAPSE PREVENTION           09-01-2015 09-03-2015  P   C  P    1
COP        MANAGING MY LIFE             08-21-2015 09-01-2015  P   C  P    1
COP        CHANGE PLAN                  08-13-2015 08-18-2015  P   C  P    1
COP        RESPONSIBLE THINKING         07-22-2015 08-03-2015  P   C  P    1
COP        PERSONAL GROWTH              06-30-2015 07-10-2015  P   C  P    1
ALP CHG    REC PUSH PACK SOFTBALL 3     03-31-2015 04-21-2015  P   C  P   10
ALP CHG    REC PUSH PACK SOFTBALL 2     03-31-2015 04-21-2015  P   C  P   10
ALP CHG    REC PUSH PACK BSKTB ASSESMENT 03-31-2015 04-21-2015 P   C  P   10
ALP CHG    REC PUSH PACK SOFTBALL 1     03-31-2015 04-20-2015  P   C  P   10
ALP CHG    SHU SELF-STUDY STRESS MANAGMNT 12-29-2014 01-09-2015 P  C  P    5
ALP CHG    REC PUSH PACKET NUTRITION    01-01-2015 01-09-2015  P   C  P   10
ALP CHG    REC PUSH PACKET WEIGHT MNGMT 01-01-2015 01-09-2015  P   C  P   10

G0002      MORE PAGES TO FOLLOW . . .
```

*All the programs I have done.* (handwritten)

Case 1:14-cr-00074-LM Document 51 Filed 10/11/19 Page 4 of 6

INMATE NAME: Fields, Joshua
REGISTER # 13635094
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

United States District Court
OF
NEW HAMPShire
c/o Judge. L. McCafferty
55 pleasent st, Room 110
Concord

