United States District Court of
New Hampshire

1-4-2021

Joshua Fields

vs

United States

Docket No. 1:14-CR-74-01-LM

FILED - USDC -NH
2021 JAN 11 PM 4:03

## Motion For Judges Assistance and Housing

Your Honor, I am writing you Because the Federal Bureau of Prisons continues to violate Are order that you Issused. to the FBOP in 2016 to destroy my original PSI. Because there was an error in it saying I groped my girlfriend. Because Probation officer Scott Davidson Altered the Police Report. which as you know has caused me several Problems with my Housing, safty, And Rehabilation. my housing changed because I could not go out on to active gang yards. that would have possably gotten me killed or seriously hurt. so I have had to keep refusing yards and continueally be housed in segragated housing unit (SHU - 24 Hour lockdown unit) So Now I was being housed in shu only due to my safty Not disiplinary reasons, Pluse I could not Program or Rehibilate. so another part of your order was the (Seclusion) They have sent me to

10 prisons I cant walk due to the sexual classification status. Even Now they sent me to coleman 1 RHU program finally. When I got here they refuse to let me go and put me into the shu again with No incident. They say when I was here in 2016. I threatened staff. There is No incident report or write up. It is only because someone here does not like me. If this was true Grand Prairie classification would not have sent me here. if there was a threat because it would have been in my paperwork. So since I have been secluded to the shu I have been trying to clear some open cases out of mass. and ask for a copy of the court order (see attached form) they refuse to give it to me. because they are keeping me secluded to the shu. I have 30 months left and they are still not giving me the chance to rehabilate. I have not seen my family for 5 years because they can not vist because of the secluson to the shus and transfers. My mother Gina Rayeski has called your clerk to speak to you for your help. Your clerk advised her that I should file this motion. This has been going on

-3-

for years. I can not take it mentally anymore As IN. my File I have mental Health issues. I am asking you to have me removed from (FBOP) Custody and sent to Dover House of Corrections where I can rehabilate, program, mental health counsling, work and vist with my family so my sucess upon release is at it maxium. Last I'am requesting for a transport order to bring me to your court to put this all on the record because as of the contempt of court order I Filed, because I did not ask for transfer corder to the cart to be put on Record. it was denied.

Respectfully submitted

[signature]

~~Jones~~ DUNN
Case Manager

I have warrants out of B-211
Haverhill District in Mass
+
Lawrence District in Mass

Can you call the Clerks and remove warrants or get me the charges with the warrant numbers and Court Address and I'll write to remove them. I want a copy of my Court Order. I'm Not suppose to be in SHU. This is illegal

Thank You

Josh Fields
13635049
SHU
B-211

LAWRENCE
DKT# 0618CR001629
2 APPLETON ST
LAWRENCE, MA
01840
1. ASSAULT + BATTERY
2. KIDNAPPING
3. LARCENY OF A MOTOR VEHICLE

HAVERHILL
DKT# 1338CR002915
45 GINTY BLVD
HAVERHILL, MA
01830
1. B+E During DAYTIME
2. LARCENY FROM BUILDING

Not getting order at this time due to the content within it.