# EXHIBIT A



**BRENNAN LENEHAN IACOPINO & HICKEY**

85 Brook Street | Manchester, NH 03104
Telephone 603-668-8300 | Fax: 603-668-1029
www.brennanlenehan.com

Michael J. Iacopino
Kathleen A. Hickey
William J. Quinn**
Jaye L. Rancourt

Of Counsel
William E. Brennan*
Gary S. Lenehan (Ret.)

*ALSO ADMITTED MA
** ALSO ADMITTED ME

March 18, 2021

Roy Cheatam, Warden
USP Coleman I
Federal Correctional Facility
PO Box 1023
Coleman, FL 33521

Roy Cheatam, Warden
USP Coleman I
Federal Correctional Facility
846 NE 54th Terrace
Coleman, FL 33521

      Re:    **Inmate: Joshua Fields**
                  **Registration No.: 13635-049**

Dear Warden Cheatam,

      Please consider this a Request for a Motion Under 18 USC §3582(c)(1)(A). I write on behalf of my client, Joshua Fields because Mr. Fields is currently in transit within the Bureau of Prison System. Mr. Fields believed he had submitted a request pursuant to 18 USC §3582(c)(1)(A) to you prior to leaving the facility. Based upon a telephone conference the U.S. Attorney's office had with the attorney at Coleman, it was reported that the Warden's office had not receive that request. As such, I am reiterating the request made by Inmate Joshua Fields on his behalf as his attorney. While I recognize that this is not the normal course for such request, given that Mr. Fields is currently in transit and no longer at the Coleman Facility, he is unable to make this request.

      On behalf of Mr. Fields, I request a Motion Pursuant to 18 USC §3582(c)(1)A in light of the particularly extraordinary or compelling circumstances of Mr. Fields' case. There are two basis for this request. The first basis is in light of the Coronavirus Pandemic. Mr. Fields requests release from the Bureau of Prisons. I understand that Coleman currently has 38 positive staff members.

      Further extra-ordinary and compelling circumstances exists regarding Mr. Fields' case. As I am sure you are aware of Mr. Fields incarceration has been fraught with complication, both legal and personal for Mr. Fields. Beginning in or about 2016, the United States District Court for the District of New Hampshire was notified, upon resentencing Mr. Fields, that the Bureau of Prison

Roy Cheatam, Warden
March 18, 2021
Page 2 of 3

was designating Mr. Fields as a sexual offender. This designation as a sexual offender was an error. The Court attempted to correct this error with the revision of the Pre-Sentence Report and a substitution of the Pre-Sentence Report in order to clarify and correct the facts of a previous conviction in order to disabuse the Bureau of Prisons interpretation of a previous offense as a sexual offense. I will not reiterate the tortured history of what occurred between 2016 and when Mr. Fields, again, appeared in front of the United States District Court for the District of New Hampshire in 2021. Mr. Fields remained designated as a sexual offender incorrectly and subjected to harsh terms of incarceration as well as subjected to physical assaults and injuries within the Bureau of Prisons system.

From approximately 2016 until 2021 when the United States Probation Office from New Hampshire was able to ultimately clear up this issue, Mr. Fields was subjected to harsh terms of incarceration, lack of appropriate rehabilitative services and subjected to physical assaults while the Bureau of Prisons failed to properly correct his designation and failed to properly acknowledge the Court order correcting the Pre-Sentence Report.

I understand that an official within the Bureau of Prisons System at Coleman had requested Mr. Fields be designated for State placement. I also understand that the Bureau of Prisons Designation Center denied that placement, and if a change of placement were to occur for Mr. Fields, it would occur within another Bureau of Prison Penitentiary. This would not alleviate Mr. Fields' concerns for his safety and well-being.

Mr. Fields remains in fear for his life and safety remaining in the custody of the Bureau of Prisons. While incarcerated in the Bureau of Prisons, Mr. Fields has suffered a broken left hand, laceration and stitches to his left eye as well as mental pain and suffering due to his protective status within the Bureau of Prisons which keeps him secluded in secured housing units.

Upon release, Mr. Fields would return to live with his mother, Gina Rayeski and his stepfather, Keith Rayeski, within the State of New Hampshire. The circumstances surrounding Mr. Fields' incarceration to date have been unnecessarily harsh and dangerous, and detrimental to his mental health. This incorrect designation ss a sexual offender and the Bureau of Prisons failure to correct that designation for approximately five years has caused Mr. Fields irreparable harm and injury. This failure on the part of the Bureau of Prisons to correct Mr. Fields' designation has prevented him from participating in programing within the Bureau of Prisons system. Mr. Fields' incarceration to date and the conditions of his incarceration to date have created extraordinary and compelling circumstance that warrant consideration by your office for the filing of a Motion Pursuant to 18 USC §3582(c)(1)A.

I remain willing an able to answer any questions you may have regarding Joshua Fields. I await your response to this request.

Roy Cheatam, Warden
March 18, 2021
Page 3 of 3

Sincerely,

Jaye L. Rancourt

JLR/fd
cc:   Joshua Fields