# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America
Plaintiff(s)/United States

v.

Case No.  1:14-CR-74-01-LM

Joshua Fields
Defendant(s)

## NOTICE OF CONVENTIONAL FILING

Please take notice that Joshua Fields                                                    has
conventionally filed the following attachment or exhibit: Exhibit B

This attachment or exhibit has not been filed electronically because:

It will be filed under seal.

Date: April 26, 2021

/s/ Jaye L. Rancourt
Jaye L. Rancourt
14235
Brennan, Lenehan, Iacopino & Hickey
85 Brook Street
Manchester, NH 03104
(603) 668-8300
jrancourt@brennanlenehan.com

# CERTIFICATE OF SERVICE.

  I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

Seth Aframe, Esquire - Assistant US Attorney
Assistant United States Attorney's Office
James C. Cleveland Bldg.
55 Pleasant Street, Room 352
Concord, NH 03301-3941

US Probation
James C. Cleveland Bldg.
55 Pleasant Street, Room 211
Concord, NH 03301-3941

Date: April 26, 2021

/s/ Jaye L. Rancourt
Jaye L. Rancourt
14235
Brennan, Lenehan, Iacopino & Hickey
85 Brook Street
Manchester, NH 03104
(603) 668-8300
jrancourt@brennanlenehan.com