UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 1: 14-cr-00074-LM |
| v. ) | |
| ) | |
| **Joshua Fields** ) | |

**GOVERNMENT'S ASSENT TO DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE**

The United States of America assents to Joshua Fields' motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). The United States requests that the Court place the defendant on a period of special supervised release for the remainder of the defendant's 120-month sentence. The United States further requests that, as special conditions of this period of supervised release, the Court impose the following special conditions:

1. You must reside at the Hampshire House Residential Reentry Center for the first six (6) months of your special term of supervised release. You must follow all rules and regulations of the Hampshire House.

2. You must not communicate, or otherwise interact, with the Dack family, either directly or through someone else, without first obtaining the permission of the probation officer.

3. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay for the cost of treatment to the extend you are able, as determined by the probation officer.

4. You must take all mental health medications that are prescribed by your treating physician. You must pay for the cost of treatment to the extend you are able, as determined by the probation officer.

5. You must participate in a substance use treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay for the cost of treatment to the extend you are able, as determined by the probation officer.

6. You must not use or possess any controlled substances without a valid prescription. If you do have a valid prescription, you must disclose the prescription information to the probation officer and follow the instructions of the prescription.

7. You must submit to substance use testing to determine if you have used a prohibited substance. You shall pay for the cost of testing to the extend you are able, as determined by the probation officer. You must not attempt to obstruct or tamper with the testing methods.

8. You must not knowing purchase, posses, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.

9. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic

communications or data storage devices or media, or office, to a search conducted by a U.S. Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violations. Any search must be conducted at a reasonable time and in a reasonable manner.

            Respectfully submitted,

            JOHN J. FARLEY
            Acting United States Attorney

Dated: May 7, 2021      By:  /s/ Seth Aframe
            Seth Aframe
            Assistant U.S. Attorney
            MA Bar # 643288
            District of New Hampshire
            53 Pleasant Street, 5th Floor
            Concord, New Hampshire 03301
            603-225-1552
            Seth.Aframe@usdoj.gov

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of this filing has been served electronically on all attorneys of record via the Court's electronic filing system.

Dated: May 7, 2021

            /s/ Seth Aframe
            Seth Aframe
            Assistant United States Attorney