UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States

    v.                                Criminal No. 14-cr-074-LM

Joshua Fields

**O R D E R**

On today's date, May 13, 2021, the court held a video hearing in this case. Attorney Michael Iacopino appeared for Mr. Joshua Fields, and Attorney Seth Aframe appeared for the government.

Fields moves for compassionate release under 18 U.S.C. § 3582(c)(1)(A) based on the Bureau of Prison's ("BOP") failure to follow the court's previous orders, thereby causing serious harm to Fields's physical and mental health and preventing his participation in rehabilitative programming (doc. no. 60). The government assents to Fields's motion (doc. no. 64). After careful consideration, Fields's motion is granted. The court will issue a subsequent order explaining its reasoning. This order renders Fields's pending housing motions moot (doc. nos. 53, 57).

**CONCLUSION**

For the foregoing reasons, Fields's motion for compassionate release (doc. no. 60) is granted as follows:

1. Fields's sentence will be reduced to time served.

2. Fields will be placed on a special term of supervised release until July 30, 2023, which is equivalent to what his discharge date would have been from the BOP, during which time he will remain on supervision under the terms of release as outlined in Appendix A.

3. Following the term of special supervised release, Fields will be placed on supervised release for a term of three years.

4. During the terms of special supervised release and supervised release, Fields shall be subject to the Supervision Conditions as set forth in Appendix A.

5. Strafford County Department of Corrections and BOP shall release Fields immediately following processing.

6. The court will issue an amended criminal judgment.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

May 13, 2021
cc: Counsel of Record
    U.S Probation
    U.S. Marshal

**United States of America v. Joshua Fields, 14-cr-074-LM**

**APPENDIX A**

CONDITIONS OF RELEASE

While under supervision, you must comply with the standard conditions that have been adopted by this court, and the following mandatory conditions:

1. You must not commit another federal, state, or local crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

4. You must cooperate in the collection of DNA as directed by the probation officer.

In addition, you must comply with the following special conditions:

1. You must reside at the Hampshire House Residential Reentry Center for the first six (6) months of your special term of supervised release. You must follow all rules and regulations of the Hampshire House.

2. You must not communicate, or otherwise interact, with the Dack family, either directly or through someone else, without first obtaining the permission of the probation officer.

3. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay for the cost of treatment to the extend you are able, as determined by the probation officer.

4. You must take all mental health medications that are prescribed by your treating physician. You must pay for the cost of treatment to the extend you are able, as determined by the probation officer.

5. You must participate in a substance use treatment program and follow the rules and regulations of that program. The probation officer will supervise

1

your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay for the cost of treatment to the extend you are able, as determined by the probation officer.

6. You must not use or possess any controlled substances without a valid prescription. If you do have a valid prescription, you must disclose the prescription information to the probation officer and follow the instructions of the prescription.

7. You must submit to substance use testing to determine if you have used a prohibited substance. You shall pay for the cost of testing to the extend you are able, as determined by the probation officer. You must not attempt to obstruct or tamper with the testing methods.

8. You must not knowingly purchase, posses, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.

9. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a U.S. Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violations. Any search must be conducted at a reasonable time and in a reasonable manner.