UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>JOSHUA FIELDS                            ) | Case No. 1:14-CR-74-01-LM |

### DEFENDANT'S MOTION TO WITHDRAW
### MOTION FOR RELEASE OF FUNDS - COURT DOCKET MOTION NO. 63

NOW COMES the Defendant, Joshua Fields, by and through counsel, Jaye L. Rancourt and hereby notifies the Court of his intent to Withdraw his Motion for Release of Funds, Court Docket Motion No. 63.

IN SUPPORT OF THIS MOTION it is stated as follows:

1. Upon information and belief the funds requested to be released by and through Motion for Release of Funds which is docketed as Docket Entry 63 is no longer needed as these funds have been released to Mr. Fields.

> Respectfully submitted,
> Joshua Fields, Defendant
> By and through his attorneys

Date: July 2, 2021

/s/ Jaye L. Rancourt
Jaye L. Rancourt, Esquire
NHBA# 14235
Brennan, Lenehan, Iacopino & Hickey
85 Brook Street
Manchester, NH 03104
T: (603) 668-8300
F: (603) 668-1029
**jrancourt@brennanlenehan.com**

1

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion to Withdraw Motion for Release of Funds – Court Docket Motion No. 63 has been forwarded, even date herewith, and in the manner specified herein: electronically served through ECF: Assistant United States Attorney Seth Aframe, United States Attorney's Office, James C. Cleveland Federal Bldg., 55 Pleasant St., Room 352, Concord, New Hampshire 03301-3941 and U.S. Probation.

                                                                          /s/ Jaye L. Rancourt
                                                                          Jaye L. Rancourt, Esquire