D/NH PROB 12B
(Rev 8/18)

# UNITED STATES DISTRICT COURT
for
The District of New Hampshire

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

Name of Offender:   Joshua Fields                                  Case Number:   14-CR-74-01-LM

Name of Sentencing Judicial Officer:      Honorable Landya B. McCafferty

Date of Original Sentence:    December 1, 2016

Original Offense:   Possession of a Firearm by a Convicted Felon

Original Sentence:    15 years of imprisonment; 5 years of supervised release

Amended Sentence:  05/13/2021 – Time served imprisonment; special term of supervised release until July 23, 2023; 3 years of supervised release

Revocation:             N/A

Type of Supervision:   Special term of supervised release      Date Supervision Commenced:   May 13, 2021

---

## PETITIONING THE COURT

☐  To extend the term of supervision for ___ years, for a total term of ___ years.
☒  To modify the conditions of supervision as follows:

You will be monitored by the form of location monitoring technology indicated below for a period of 90 days, and you must follow the rules and regulations of the location monitoring program.  You must pay for the cost of the program to the extent you are able, as determined by the probation officer

___ Location monitoring technology at the discretion of the probation officer
 X  Radio Frequency (RF) Monitoring
___ GPS Monitoring (including hybrid GPS)
___ Voice Recognition

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community:

 X  You are restricted to your residence every day from 10:00 p.m. to 5:00 a.m. (Curfew).

### CAUSE

As a special condition of the special term of supervised release, Fields was ordered to reside at Hampshire House, a residential re-entry center.  His time there was turbulent, and he was cited for numerous infractions.  Most notably, he admitted that he ingested twice the amount of his prescribed medication (buprenorphine) on several occasions.  After staff members at Hampshire House discovered and tried to address this, Fields confronted them using derogatory terms.  A termination summary completed by Hampshire House Assistant Director Paul Jacques reflects that, "Mr. Fields has become increasingly difficult and he has now become verbally abusive toward staff."  As such, on July 22, 2021, Fields was removed from Hampshire House.

Since his removal from Hampshire House, Fields has resided with his new wife in Manchester, NH. He was assessed by several substance abuse treatment providers who recommended an intensive outpatient (IOP) level of treatment. The probation officer will work in conjunction with Fields' current treatment provider to make an appropriate referral for the suggested treatment.

Fields' conduct and decision-making regarding his medication and subsequent confrontation with Hampshire House staff was unacceptable. The probation officer respectfully opines that a sanction is necessary to hold him accountable for his decisions, encourage future positive decision-making, and reduce risk. On July 28, 2021, the probation officer spoke with Fields about his behavior. Both the probation officer and Fields agreed that a curfew with electronic monitoring (as detailed above) is an appropriate response. This intervention is aimed at 1) sanctioning Fields for his noncompliance, 2) allowing him to remain in the community while he participates in substance abuse treatment, and 3) promoting structure and accountability. Fields agreed with this intervention as evidenced by the attached waiver. Should he demonstrate further noncompliance, the probation officer will notify the Court with a recommendation.

Respectfully submitted by,

/s/ *Steven R. Seero*
Steven R. Seero
Special Offender Specialist
603-226-7318
Date: 7/29/2021

Reviewed & Approved by:

/s/ *Christopher H. Pingree*
Christopher H. Pingree
Supervisory U.S. Probation Officer
603-226-7315

---

THE COURT ORDERS:

☐ No action

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above

☐ Other:

_____
Landya B. McCafferty
Chief Judge

_____
July 30, 2021
Date